UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Barbara Sue Davis, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13261-DRH |
| *Corrinne E. Faikel, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13331-DRH |
| *Brandi L. Langley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11686-DRH |
| *Stacey Lindberg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13262-DRH |
| *Marylou Mohn, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10792-DRH |
| *Donna Jean Neal-Champion, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10784-DRH |
| *Martha Robinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13458-DRH |
| *Patricia A. Todd, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10020-DRH |
| *Jordyn Moss v. Bayer Corporation, et al.* | No. 11-cv-12733-DRH |
| *Barbara Dyck, et al. v. Bayer HealthCare* | No. 11-cv-11342-DRH |
| *Melissa L. Meyer v. Bayer Corporation, et al.* | No. 11-cv-12266-DRH |
| *Rica K. Nelson v. Bayer Corporation, et al.* | No. 11-cv-10843-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 16, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY:   /s/*Caitlin Fischer*
>              **Deputy Clerk**

APPROVED:   Digitally signed by David R. Herndon
Date: 2015.04.17 04:30:02 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2